No. 364. WALES v. JACOBS. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Harry F. Payer* for petitioner. *Mr. R. T. Jackson* for respondent.

No. 368. NEIDICH v. COMMISSIONER OF INTERNAL REVENUE. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Ruby R. Vale* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 369. SIG ELLINGSON & Co. v. MASON CITY PRODUCTION CREDIT ASSOCIATION. October 23, 1939. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Clarence G. Myers* for petitioner. *Solicitor General Jackson* and *Messrs. Peyton R. Evans, Russell D. Burchard, Richard H. Demuth,* and *Joseph F. Cowern* for respondent.

No. 373. ACME TANK CLEANING PROCESS CORP. v. SALVAGE PROCESS CORP. ET AL. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. Hastings Swenarton* for petitioner. *Messrs. Albert Stickney* and *Hersey Egginton* for respondents.

No. 377. UNITED STATES v. AMERICAN MEDICAL ASSOCIATION ET AL. October 23, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Solicitor General Jackson* for peti-